UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Cornell Daniels

                        Plaintiff(s)

                          v.

John Lempke, Superintendent

                    Defendants(s)
-------------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 CV 5289(SCR)(LMS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

**X** Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____
_____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE:*

* Do not check if already referred for general pretrial.

DATED:    White Plains, New York

6/19/08

**SO ORDERED.**

*Stephen C. Robinson*
United States District Judge
Stephen C. Robinson